*Maslow, Charles Abrams, Thurgood Marshall, Shad Polier* and *Joseph B. Robison* for petitioners. *Churchill Rodgers, Samuel Seabury, C. Frank Reavis, Jeremiah M. Evarts* and *George Trosk* for respondents.

No. 579. UNITED STATES *v.* IOWA-WISCONSIN BRIDGE CO. ET AL. Court of Claims. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE REED are of the opinion certiorari should be granted. *Solicitor General Perlman* for the United States. *Fred A. Ontjes* for respondents.

No. 759. LEVINE *v.* BERMAN ET AL., DOING BUSINESS AS DAVID H. BERMAN CO. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application. *Jack Wasserman* and *William Henning Rubin* for petitioner. *Benjamin F. Morrison* for respondents.

Nos. 771, 772 and 773. PRATT ET AL. *v.* DE KORWIN, EXECUTRIX;
No. 789. DE KORWIN, EXECUTRIX, ET AL. *v.* FIRST NATIONAL BANK OF CHICAGO ET AL.; and
No. 790. KOCH *v.* DE KORWIN, EXECUTRIX, ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of these applications. *David A. Watts* for Pratt et al., petitioners in Nos. 771, 772 and 773, and respondents in No. 789. *Charles Rivers Aiken, Vernon R. Loucks, Thomas Dodd Healy, Harold Stickler* and *Joseph E. Casey* for petitioners in No. 789, and *Mr. Aiken, Mr. Loucks* and *Mr. Casey* for respondents in Nos. 771, 772, 773 and 790. *Cranston Spray* for petitioner in No. 790. *Edward R. Johnston, J. F. Dammann, Harold V. Amberg* and *John W. Kearns*